**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION**

| | | |
|---|---|---|
| **SUSAN A. SHANNON,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Case No. 3:08-0940** |
| | ) | **Judge Trauger** |
| **ADVANCE STORES COMPANY, INC.** | ) | |
| **d/b/a ADVANCE AUTO PARTS,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## <u>ORDER</u>

For the reasons expressed in the accompanying Memorandum, the defendant's motion for summary judgment (Docket No. 27) is **GRANTED** with respect to the plaintiff's claims of discrimination on the basis of disability, age, gender, and religion, and **DENIED** with respect to the plaintiff's claims of a hostile work environment and retaliation.

In addition, the defendant's motion for leave to file a reply brief and exceed the page limitation (Docket No. 46) is **GRANTED** and the defendant's motion to strike certain medical records and related deposition testimony (Docket No. 48) is **DENIED**. However, the plaintiff is hereby **ORDERED** to provide the documentation necessary to authenticate the medical records on which she relies, in conformity with Rules 803(6) and 902(11) of the Federal Rules of Evidence, as soon as is reasonably possible.

It is so ordered.

Entered this 27th day of August 2009.

_____
ALETA A. TRAUGER
United States District Judge